UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.        Criminal No. 09-cr-156-01-JL

<u>Sewayne F. Daley</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no.
21) filed by defendant Daley is granted; trial is rescheduled to
the two-week period beginning February 2, 2010, 9:30 AM; the final
pretrial conference is rescheduled to January 22, 2010, 10 AM.  As
the motion was assented to and joined by co-defendants Kevin M.
Wells, Jr. and Garry Holly-Frazier, their final pretrial and trial
are also continued.

Defendants shall file a waiver of speedy trial rights within
10 days.  The court finds that the ends of justice served by
granting a continuance outweigh the best interest of the public and
the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for
the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  November 12, 2009

cc:  Mark Zuckerman, Esq.
     Jessica Brown, Esq.
     Simon Brown, Esq.
     R. Brian Snow, Esq.
     U.S. Marshal
     U.S. Probation